G. MARK ALBRIGHT, ESQ.
Nevada Ba No. 001394
WILLIAM H. STODDARD, JR., ESQ.
Nevada Bar No. 008679
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada  89106
Tel:  (702) 384-7111
Fax:  (702) 384-0605
gma@albrightstoddard.com
bstoddard@albrightstoddard.com
*Attorneys for Defendant*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| JAVIER RODRIGUEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TAPIA ENTERPRISES, INC.; DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive jointly and severally,<br><br>Defendants. | CASE NO.:   2:21-cv-02185-GMN-NJK<br><br>**STIPULATION AND PROPOSED ORDER TO REMAND TO STATE COURT** |

Plaintiff, JAVIER RODRIGUEZ, an individual (hereinafter "Rodriguez" or "Plaintiff") and Defendant, TAPIA ENTERPRISES, INC. (hereinafter "Tapia" or "Defendant"), by and through their undersigned attorneys of record, hereby Stipulate and Agree as follows:

1. Plaintiff filed a Complaint against Defendant in the Eighth Judicial District Court for the State of Nevada in the above-captioned action on November 30, 2021.

2. Plaintiff served the Complaint on Defendant on or about December 8, 2021.

3. On December 10, 2021 Tapia removed the matter to this Court pursuant to 28 U.S.C. §1331 and 42 U.S.C. §12101, assuming that Plaintiff intended to pursue the federal Americans with Disabilities Act ("ADA") claims listed in his Charge of Discrimination filed with the Nevada Equal Rights Commission ("NERC").

4. On December 15, 2021, Rodriguez filed his Motion to Remand this matter back to the Eighth Judicial District Court for the State of Nevada.

5. Tapia has not yet filed an Opposition to Plaintiff's Motion to Remand.

6. The parties have conferred and agreed that a remand is appropriate since Plaintiff is pursuing only Nevada state claims and is not pursuing any federal claims against Tapia.

7. The Plaintiff and Defendant agree that this case may be remanded back to the Eighth Judicial District court, Clark County, Nevada.

8. The parties enter into this Stipulation in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

DATED this 22nd day of December, 2021.

**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**

 /s/ G. Mark Albright, Esq.
G. MARK ALBRIGHT, ESQ., #1394
WILLIAM H. STODDARD, JR., ESQ., #8679
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada  89106
Tel:  (702) 384-7111
Fax:  (702) 384-0605
gma@albrightstoddard.com
bstoddard@albrightstoddard.com
*Attorneys for Defendant*

DATED this 22nd day of December, 2021.

**RICHARD HARRIS LAW FIRM**

 /s/ Burke Huber, Esq.
BURKE HUBER, ESQ.
Nevada Bar No. 10902
801 South Fourth Street
Las Vegas, Nevada 89101
Tel:  (702) 444-4444
Fax:  (702) 444-4455
Burke@RichardHarrisLaw.com
*Attorney for Plaintiff*

## ORDER

**IT IS HEREBY ORDERED** that this case shall be remanded back to the Eighth Judicial District Court, Clark County, Nevada.

Dated this 22 day of December, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT