UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CARIM CRUZ, | Case No. 2:21-cv-02118-GMN-DJA |
| Petitioner, | ORDER |
| v. | |
| WILLIAM HUTCHING, et al., | |
| Respondents. | |

28 U.S.C. § 2254 habeas corpus petitioner Carim Cruz seeks an extension of time to file a first-amended petition. (ECF No. 14.) He indicates that respondents do not oppose the request. The court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

**IT IS ORDERED** that petitioner's second motion for extension of time to file a first-amended petition (ECF No. 14) is **GRANTED**. The deadline to file a first-amended petition for writ of habeas corpus is extended to August 23, 2022.

DATED: 27 June 2022.

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE