UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CARIM CRUZ, | Case No. 2:21-cv-02118-GMN-DJA |
| Petitioner, | Order Granting Extension of Time to File First-Amended Petition to September 22, 2022 (ECF No. 16) |
| v. | |
| WILLIAM HUTCHING, et al., | |
| Respondents. | |

28 U.S.C. § 2254 habeas corpus petitioner Carim Cruz seeks a 30-day extension of time to file a first-amended petition. (ECF No. 16.) Good cause appearing,

**IT IS ORDERED** that petitioner's unopposed third motion for extension of time to file a first-amended petition (ECF No. 16) is **GRANTED**. The deadline to file a first-amended petition for writ of habeas corpus is extended to September 22, 2022.

DATED: 24 August 2022.


GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE