UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CARIM CRUZ, | Case No. 2:21-cv-02118-GMN-DJA |
| Petitioner, | **Order Granting Extension of Time to Reply in Support of Motion to Dismiss to May 28, 2023** |
| v. | |
| WILLIAM HUTCHING, et al., | (ECF No. 32) |
| Respondents. | |

Respondents ask the court for an extension of time to file a reply in support of their motion to dismiss Carim Cruz's 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 32.) Good cause appearing,

**IT IS ORDERED** that respondents' unopposed motion for extension of time to file a reply in support of the motion to dismiss (ECF No. 32) is **GRANTED**. **The deadline to reply is extended to May 28, 2023**.

DATED: 30 March 2023.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE