# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CARIM CRUZ,<br><br>    Petitioner<br><br>v.<br><br>WILLIAM HUTCHING, *et al.*,<br><br>    Respondents. | Case No.: 2:21-cv-02118-GMN-DJA<br><br>**Order Granting Extension to File Reply to Answer to Petition to December 21, 2023**<br><br>(ECF No. 37) |

28 U.S.C. § 2254 habeas corpus petitioner Carim Cruz moves the court for an extension of time to file a reply to the answer. (ECF No. 37.) Good cause appearing,

IT IS ORDERED that petitioner's unopposed motion for extension of time to file a reply to the answer **(ECF No. 37) is GRANTED** *nunc pro tunc*. **The deadline to file the reply is extended to December 21, 2023**.

DATED: 6 November 2023.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE